JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 11-1122 JVS (ANx) | Date August 31, 2010 |
| Title Aurora Loan Services, LLC v. Salazar | |

Present: The Honorable **James V. Selna**

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers)** **Order Remanding Action to Orange County Superior Court**

      Defendants Ruben Salazar and Esperanza Salazar ("Salazars") having been ordered to show cause in writing why the Court should not remand the case to the Superior Court of the State of California for the County of Orange for lack of jurisdiction, and the Salazars having failed to respond, the Court now remands the case to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.

      **A failure to respond to this order will result in remand of this action to the Superior Court of the State of California**.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |